JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CRAIG BARNER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W L Montgomery, Warden,<br><br>　　　　　Respondent. | NO. CV 18-8920-MCS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: May 24, 2021

_____
MARK C. SCARSI
United States District Judge